# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 07-5080                                  September Term 2008

06cv00306

**Filed On:** July 1, 2009

Scott Tooley,

      Appellant

      v.

Janet Ann Napolitano, Homeland Security
Secretary, in her official capacity, et al.,

      Appellees

**BEFORE:** Sentelle, Chief Judge, and Tatel, Circuit Judge, and Williams,
Senior Circuit Judge

# O R D E R

Upon consideration of appellees' petition for rehearing, the response thereto,
and the supplemental briefs, it is

**ORDERED** that the petition for rehearing be granted.  This case is scheduled for
oral argument before the above-named panel at 9:30 a.m. on October 8, 2009.  It is

**FURTHER ORDERED** that the judgment filed February 20, 2009, be vacated.  It
is

**FURTHER ORDERED** that the following briefing schedule apply in this case:

| | |
|---|---|
| Brief and Appendix for Appellant | July 24, 2009 |
| Brief for Amicus Curiae for Appellant | July 24, 2009 |
| Brief for Appellees | August 24, 2009 |
| Reply Brief for Appellant | September 8, 2009 |
| Reply Brief for Amicus Curiae for Appellant | September 8, 2009 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 07-5080**                                    **September Term 2008**

     Appellant must raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

     Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office on the date due. All brief and appendices must contain the date the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a).  Because the briefing schedule is keyed to oral argument, the court will grant requests for extensions of time limits for briefs only for extraordinarily compelling reasons.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Michael C. McGrail
       Deputy Clerk